1
2
3
4
5
6
7
8         **UNITED STATES DISTRICT COURT**
9         **CENTRAL DISTRICT OF CALIFORNIA**
10

11   WILLIAM DONNELLY YOTTY,           )    Case No.    CV 16-3214 FMO
                                        )                CR 14-0257 CMO
12               Petitioner,            )
                                        )
13         v.                           )    **ORDER RE: MOTION TO VACATE, SET**
                                        )    **ASIDE, OR CORRECT SENTENCE (28**
14   UNITED STATES OF AMERICA,          )    **U.S.C. § 2255)**
                                        )
15               Respondent.            )
                                        )
16   _____)

17         On May 10, 2016, petitioner filed a Motion to Vacate, Set Aside, or Correct Sentence by

18   a Person in Federal Custody ("Motion") pursuant to 28 U.S.C. § 2255.  In order to facilitate the

19   just, speedy, and inexpensive determination of this action, IT IS ORDERED as follows:

20         1.    The Clerk of Court shall promptly:  (a) serve a copy of the Motion and a copy of this

21   Order on respondent by delivering them to the United States Attorney, Central District of

22   California, or an authorized agent thereof; and (b) serve a copy of this Order on petitioner.

23         2.    Respondent shall serve and file a Notice of Appearance no later than **June 1, 2016**,

24   notifying the court of the name of the attorney who will have principal charge of the case, together

25   with the address where the attorney may be served, and the attorney's telephone and fax

26   numbers.  This information is important to assure accurate service of court documents.

27         3.    Respondent shall file its Opposition to the Motion no later than **June 17, 2016**.

28         4.    Petitioner shall file and serve a Reply Memorandum no later than **July 17, 2016**.

5.      A request by a party for an extension of time within which to file any of the pleadings required by this Order will be granted only upon a showing of good cause and should be made in advance of the pleading's due date.  Any party requesting an extension shall accompany the request with a declaration explaining why the extension is necessary and shall lodge with the court a proposed order granting the requested extension.  The proposed order shall include proposed dates for all pleadings that remain to be filed as of the date that the proposed order is lodged (e.g., a proposed order which includes a date for the filing of a Opposition shall also include a date for the filing of the Reply).

6.      Unless the court orders otherwise, this case will be deemed submitted, without oral argument, the day petitioner's Reply is filed, or due and not filed.  The court may order further briefing or other proceedings at any time, as appropriate.

7.      Every document delivered to the court must include a certificate of service attesting that the party has served a copy of such document on opposing counsel (or the opposing party, if such party is not represented by counsel).  The court will return to the submitting party, and will not consider, any document delivered to the court without a certificate of service.

8.      Petitioner shall, in a pleading served and filed with the court, immediately notify the court and respondent's counsel of any change of petitioner's address.  If petitioner fails to keep the court informed of a current mailing address where petitioner may be contacted and served with papers, this action may be dismissed without prejudice for failure to prosecute.

9.      Pursuant to Local Civil Rule 83-2.5, the parties and their attorneys may not communicate with the court or court staff by letter.  All inquiries, requests, or other matters to be called to the court's attention shall be submitted for filing as a motion, application, or other appropriate pleading, and a copy must be served on all other parties in the case.

10.     Respondent shall notify any crime victim of any hearing, as appropriate, in accordance with 18 U.S.C. § 3771(b)(2).

Dated this 18th day of May, 2016.

/s/
Fernando M. Olguin
United States District Judge

2